MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
JUSTIN L. MARTIN, MO 62255
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-3735
E-Mail: justin.l.martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TONI LENE PAIVA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-00499-JDP<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT |

Pending the Court's approval, the parties stipulate through their respective counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have a thirty-day extension of time to respond to Plaintiff's Complaint in this case from April 14, 2025, up to and including May 14, 2025. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due to be filed by April 14, 2025.

Defendant has not previously requested an extension of this deadline.

2. In accordance with the Federal Rules of Civil Procedures, recently amended to add Supplemental Rules for Social Security review cases under 42 U.S.C. § 405(g), the Commissioner files a certified administrative record (CAR) as the Answer to a Complaint for review.

3. Counsel for the Commissioner has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the CAR is not fully prepared in this matter. The client agency therefore needs more time to prepare the CAR for the Court's review.

4. For this reason, Defendant requests an extension to May 14, 2025 (30 days), to file an Answer or other response in this matter.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objection to this extension request.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

7. I am attempting to preserve limited judicial resources and have applied the most rapid response under the circumstances.

WHEREFORE, Defendant requests until May 14, 2025, to respond to Plaintiff's Complaint.

///

Respectfully submitted,

DATE: April 15, 2025                LAW OFFICES OF FRANCESCO BENAVIDES

*/s/ Francesco Paulo Benavides\**
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
(*as authorized via email on April 11, 2025)

MICHELE BECKWITH
Acting United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

DATE: April 15, 2025        By      *s/ Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

IT IS SO ORDERED.

Dated:   April 15, 2025                _____
                                                JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE