MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TONI LENE PAIVA,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 2:25-cv-00499-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;** [PROPOSED] **ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that this action be remanded for further

administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C.

§ 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

administrative law judge with instructions to reevaluate Plaintiff's subjective complaints;

reevaluate Plaintiff's residual functional capacity; as needed, continue the sequential evaluation

process and obtain vocational expert testimony, if warranted; take action to further develop the

record, as necessary; offer Plaintiff the opportunity for a hearing; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  May 16, 2025          /s/ *Francesco Paulo Benavides**
                             FRANCESCO PAULO BENAVIDES
                             (* as authorized via e-mail on May 13, 2025)
                             Attorney for Plaintiff

                             MICHELE BECKWITH
                             Acting United States Attorney

                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation, Office 7

DATE:  May 16, 2025          By: /s/ *Justin L. Martin*
                             JUSTIN L. MARTIN
                             Special Assistant United States Attorney
                             Office of Program Litigation, Office 7

                             Attorneys for Defendant

## [PROPOSED] ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

IT IS SO ORDERED.

Dated:   May 16, 2025          _____
                               JEREMY D. PETERSON
                               UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND; 2:25-cv-00499-JDP