Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
   1990 N. California Blvd. 8th Floor
   Walnut Creek, CA 94596
   Tel: (925) 222-7071
   Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
TONI LENE PAIVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TONI LENE PAIVA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:25-cv-00499-JDP<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; [~~PROPOSED~~] ORDER |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of $2,309.35, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

1  to honor the assignment will depend on whether the fees are subject to any offset
2  allowed under the United States Department of the Treasury's Offset Program.  After
3  the order for EAJA fees is entered, the government will determine whether they are
4  subject to any offset.
5      Fees shall be made payable to Plaintiff, but if the Department of the Treasury
6  determines that Plaintiff does not owe a federal debt, then the government shall cause
7  the payment of fees, expenses and costs to be made directly to Plaintiff's counsel,
8  Francesco Benavides, pursuant to the assignment executed by Plaintiff.
9      Payments may be made by electronic funds transfer (EFT) or by check.
10     This stipulation constitutes a compromise settlement of Plaintiff's request for
11 EAJA attorney fees and does not constitute an admission of liability on the part of
12 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
13 constitute a complete release from, and bar to, any and all claims that Plaintiff and/or
14 Francesco Benavides, including the Law Offices of Francesco Benavides, may have
15 relating to EAJA attorney fees in connection with this action.
16     This award is without prejudice to the rights of Francesco Benavides to seek
17 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings
18 clause provisions of the EAJA.

                                    Respectfully submitted,


Dated: May 23, 2025                Law Offices of Francesco Benavides

                          By:  */s/ Francesco Benavides*
                               FRANCESCO P. BENAVIDES
                               Attorney for Plaintiff

Dated: May 23, 2025

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By: *Justin Martin\**
JUSTIN MARTIN
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature obtained via email on May 23, 2025).

## [PROPOSED] ORDER

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $2,309.35 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   May 27, 2025                                   _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE